UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, FOR THE USE & BENFIT OF: DAVE DEETS,<br><br>            Plaintiff(s),<br><br>    v.<br><br>LIBERTY MUTUAL SURETY, et al.<br><br>            Defendant(s).<br>_____/ | No. C 12-00910 MEJ<br><br>**ORDER PERMITTING TELEPHONIC APPEARANCE AT HEARING** |

This matter is scheduled for a Case Management Conference hearing on June 7, 2012. Now before the Court is the request of Michael R. Dennis, counsel for Defendant Global Modular, to appear telephonically. Good cause appearing, the request is **GRANTED**. However, is **ORDERED** to contact the courtroom deputy, Rose Maher, at (415) 522-4708, and provide a local or toll-free number at least 48 hours prior to the hearing. At the time of the hearing, counsel shall stand by at the number provided until called by the Court.

**IT IS SO ORDERED.**

Dated: May 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge