UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, FOR THE USE & BENFIT OF: DAVE DEETS,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>LIBERTY MUTUAL SURETY,<br><br>　　　　　　　Defendant(s). | No. C 12-00910 MEJ<br><br>**ORDER PERMITTING TELEPHONIC APPEARANCE AT HEARING** |

This matter is scheduled for a Case Management Conference hearing on June 7, 2012. Now before the Court is the request of Raymond P. Burton, Jr., counsel for Plaintiff, to appear telephonically. Good cause appearing, the request is GRANTED. However, Plaintiff's counsel is ORDERED to contact the courtroom deputy, Rose Maher, at (415) 522-4708, and provide a local or toll-free number at least 48 hours prior to the hearing. At the time of the hearing, counsel shall stand by at the number provided until called by the Court.

**IT IS SO ORDERED.**

Dated: May 10, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge