**RAYMOND P. BURTON, JR.**
ATTORNEY AT LAW, SBN: 060716
164 MAPLE STREET, SUITE 5
AUBURN, CALIFORNIA 95603-5049
TELEPHONE (530) 885-4551
FACSIMILE (916) 773-2844

Attorney for Dave Deets, dba Deets Electric
    Plaintiff

**UNITED STATE DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of: <br><br> Dave Deets, dba Deets Electric, <br><br>     Plaintiff, <br><br> vs. <br><br> Liberty Mutual Group, Inc.; Kadena Pacific, Inc.; and Global Modular, Inc., <br><br>     Defendants. <br> _____ | Case No.: C12-00910-MEJ <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ~~(PROPOSED)~~ ORDER THEREON** |

    **IT IS HEREBY STIPULATED** by and between Plaintiff Dave Deets, by and through Raymond P. Burton, Jr., Esq., his attorney of record; Defendants Liberty Mutual Group, Inc., and Kadena Pacific, Inc., by and through Erik McLain, Esq., of McLain, PC, their Attorney of record; and Global Modular, Inc., by and through Michael R. Dennis, Esq., of Crabtree Schmidt, its Attorneys of record, that the Case Management Conference in this case presently set for June 7, 2012, at 10:00 a.m., shall be continued to a date following the completion of the Non-Binding Arbitration in this case.

/ / / / / / /

/ / / / / / /

/ / / / / / /

/ / / / / / /

/ / / / / / /

**IT IS SO STIPULATED**:

Dated: May 29, 2012                                             Dated: May 30, 2012

                                                                                                                          McLAIN, PC

/s/ Raymond P. Burton, Jr.
Raymond P. Burton, Jr., Esq.
Attorney for Plaintiff                                               By: /s/ Erik McLain
Dave Deets                                                                Erik McLain, Esq.
                                                                                             Attorney for Defendants
                                                                                              Liberty Mutual Group, Inc.,
                                                                                              and Kadena Pacific, Inc.

Dated: May 29, 2012

CRABTREE SCHMIDT


By: /s/ Michael R. Dennis
      Michael R. Dennis, Esq.
      Attorney for Defendant
      Global Modular, Inc.,

**ORDER**

Upon reading the foregoing Stipulation to Continue Case Management Conference, and good cause appearing therefor, it is hereby Ordered that the Case Management Conference in this case is continued to Thursday, September 6, 2012 at 10;00 a.m., Courtroom B, 15th Floor.

Dated: May 30, 2012.

                                                                                 Maria-Elena James
                                                                                 United States Magistrate Judge